U. C. L. REALTY Co., Landlord, Respondent, *v.* JAMES BROWN, Tenant, Appellant.

Supreme Court, Appellate Term, First Department, December 2, 1948.

*John T. Doles, Jr.,* for appellant.

*Leo Rosenberg* for respondent.

*Per Curiam.* The landlord has failed to show that the tenant is using or occupying his apartment as a gambling house or for any illegal purpose within the purview of subdivision 5 of section 1410 of the Civil Practice Act. Under that section the term " use " implies the doing of something customarily or habitually, or making a practice of doing a certain act, and the single act of the tenant alleged in this case is insufficient to warrant recovery of possession (*Estate of Shaff* v. *Stein,* 171 Misc. 376).

The final order should be reversed, with $30 costs, and petition dismissed, with costs.

HAMMER, HOFSTADTER and PECORA, JJ., concur.

Final order reversed, etc.